IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-31128
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


v.

JEROME GAMBINO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(92-CR-368-E)
_____
June 24, 1996
Before KING, JOLLY, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jerome Gambino appeals from the district court's denial of

his motion for return of property pursuant to FED. R. CRIM. P.

41(e).  He argues that he was twice put in jeopardy for the same

offense.  We have reviewed the record and the briefs of the

parties and find no error in the decision of the district court.

*United States v. Gambino*, No. 92-CR-368 E (E.D. La. Oct. 12,

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

1995).  Further, the district court did not abuse its discretion in denying Gambino's motion without conducting an evidentiary hearing.  *See Dickens v. Lewis*, 750 F.2d 1251, 1255 (5th Cir. 1984).  Accordingly, the district court's order denying Gambino's motion for return of property is

AFFIRMED.